# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENENTECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION No.  2:06-cv-20-TJW |
| ) | |
| MEDIMMUNE, INC. ) | |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |
| ) | |

## MOTION TO DISMISS WITHOUT  PREJUDICE

COMES NOW Plaintiff Genetech, Inc. and files this motion to dismiss without prejudice its claims against Medimmune, Inc. and would respectfully show the Court as follows:

I.

Plaintiff does not wish to pursue this cause of action against Medimmune, Inc. at this time.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests the Court dismiss all claims against Medimmune, Inc. without prejudice.

Dated: May 15, 2006.                     Respectfully submitted,

**MCKOOL SMITH, P.C.**

By:   /s/ Sam Baxter
Samuel F. Baxter
Lead Attorney
505 E. Travis, Suite 105
Marshall, TX 75670
Phone:  903-927-2111
Fax:  903-927-2622
sbaxter@mckoolsmith.com

31124672.DOC

Leora Ben-Ami
lbenami@kayescholer.com
Patricia A. Carson
pcarson@kayescholer.com
Vladimir Drozdoff
vdrozdoff@kayescholer.com
Peter Fratangelo
pfratangelo@kayescholer.com
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY  10022
Telephone: (212) 836-8000
Facsimile:  (212) 836-8689

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 15th day of May, 2006.

                                              /s/ Sam Baxter
                                            Sam Baxter